UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-7825 FMO (SKx) | Date | February 23, 2026 |
|---|---|---|---|
| Title | Tracy Reneé Williams, et al. v. Louis Vuitton USA, Inc. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order to Show Cause Re: Failure to Prosecute**

On September 13, 2024, plaintiffs, proceeding pro se, filed a Complaint ("Complaint") asserting claims under 42 U.S.C. § 1981 and various state laws. (Dkt. 1, Complaint at ¶¶ 43-86). On February 10, 2026, the Court's Order denying plaintiffs' Motion for Leave to Electronically File (Dkt. 81) was returned to the court undelivered and marked "Return to Sender – Not Deliverable as Addressed – Unable to Forward" for plaintiff Kristopher Enoch. (Dkt. 128). Pursuant to Local Rule 41-6, plaintiff has an obligation to keep the court advised of a current address throughout the duration of his lawsuit. Plaintiff is advised that his failure to comply with his continuing obligation to keep the court apprised of a current mailing address and/or his failure to comply with a court order because he did not receive the order, could result in his case being dismissed for failure to obey the orders of this court and/or for want of prosecution. See Local Rule 41-6 ("If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."). Accordingly, IT IS ORDERED THAT:

1. Plaintiff Kristopher Enoch shall file with the court a Notice of Change of Address no later than **March 9, 2026**.

2. Plaintiff's failure to timely comply with this Order or with his continuing obligation to keep the court apprised of a current mailing address, may result in this case being dismissed for failure to comply with the orders of the court and/or for lack of prosecution. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | vdr | |