JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY RENEÉ WILLIAMS, et al., Plaintiffs, v. LOUIS VUITTON USA, INC., Defendant. | Case No. CV 24-7825 FMO (SKx) **JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 14th day of September, 2026.

/s/
Fernando M. Olguin
United States District Judge